HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2228
Telephone: 559.487.5561

Attorney for Defendant
SHYHEIM JETTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> SHYHEIM JETTON, <br><br> *Defendant.* | No. 1:25-cr-00235-KES-EPG <br><br> MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |

Reed Grantham, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant SHYHEIM JETTON. As grounds, he states:

1. The Federal Defender's Office was appointed to represent Shyheim Jetton on December 11, 2025, at his initial appearance. Dkt. #3.

2. At the time of appointment, the undersigned was an Assistant Federal Defender with the Federal Defender's Office in Fresno.

3. Effective May 16, 2026, the undersigned will no longer be with the Federal Defender's Office for the Eastern District of California.

4. As Mr. Jetton is still in need of counsel to represent him, our office has contacted CJA panel attorney Steven Crawford, who is available and willing to accept the appointment.

5.  Accordingly, the undersigned requests that he be permitted to withdraw from the case, and that new counsel, Steven Crawford, be appointed.

Respectfully submitted,

DATED: May 8, 2026

/s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for SHYHEIM JETTON

**O R D E R**

IT IS SO ORDERED that the Office of the Federal Defender may withdraw from its representation of SHYHEIM JETTON, and that CJA panel counsel, Steven Crawford, shall be appointed.

IT IS SO ORDERED.

Dated:   **May 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge

Jetton: Motion to Withdraw